# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiff            )<br>                              )<br>    vs.                       )<br>                              )<br> Suvath Dipraseuth, et al.    )<br>                              )<br>        Defendant(s)          )<br>_____) | CRIMINAL NO. 08CR0773-W<br><br>ORDER  08mj0669<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07409298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Adriana Lopez-Perez**

DATED: 3-18-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
                by  _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082